**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000416**
**20-JUN-2019**
**07:57 AM**

NO. CAAP-18-0000416

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JEANA MANZANO ALEJO, Plaintiff-Appellant, v.
GENARO D. ABAN, JR., Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
LAHAINA DIVISION
(DC-CIVIL NO. 17-1-2019)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice for All Claims and Parties, filed June 17, 2019,
by Defendant-Appellee Genaro D. Aban, Jr., the papers in support,
and the record, it appears that (1) the appeal has been docketed;
(2) the parties stipulate to dismiss the appeal with prejudice
and bear their own attorneys' fees and costs; (3) the stipulation
is dated and signed by all parties or counsel for all parties
appearing in the appeal; and (4) dismissal is authorized by
Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal with prejudice is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, June 20, 2019.


Presiding Judge


Associate Judge


Associate Judge